FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 20 PM 2: 11

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THERESA LEBLANC, STEPHEN LEBLANC, ET AL. | CIVIL ACTION NO. 05-1664 |
| VERSUS | |
| CBSL TRANSPORTATION SERVICES, INC. | SECTION M |

## ORDER

Before the Court is Defendant's Motion for Judgment on the Pleadings On Plaintiffs' Request For Class Certification, which came for hearing on July 20, 2005, and which is opposed by the Plaintiffs. After consideration of the motion, the opposition thereto, and the applicable law, the Court grants the Motion. Plaintiffs' allegations require individualized evidence regarding causation and damages. As such, Plaintiffs cannot establish the predominance of common issues necessary for class certification required by Fed. R. Civ. Proc. Rule 23 (b)(3).

**ACCORDINGLY**, Defendant's Motion is **GRANTED**.

New Orleans, Louisiana, this 20th day of July, 2005.

Peter Beer
United States District Judge